Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FITBUG LIMITED,

                Plaintiff(s),

    v.

FITBIT, INC.

                Defendant(s).

Case No: 3:13-CV-01418

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Linda S. Roth , an active member in good standing of the bar of New York and New Jersey , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FITBUG LIMITED in the above-entitled action. My local co-counsel in this case is SIMON J. FRANKEL , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1350 Broadway, 11 FL<br>New York, New York 10018 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Covington & Burling LLP, One Front Street,<br>35th Floor, San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 216-8026 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 591-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>LRoth@tarterkrinsky.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sfrankel@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1970326 (NY), 025631984 (NJ)

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                               Linda S. Roth
                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Linda S. Roth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   07/24/2014

UNITED STATES DISTRICT/MAGISTRATE JUDGE