ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant and Counter-Claimant
FITBIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FITBUG LIMITED, a United Kingdom Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 13-cv-01418-SC<br><br>**PROOF OF SERVICE** |
| FITBIT, INC., a Delaware Corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>FITBUG LIMITED, a United Kingdom Limited Liability Company,<br><br>Counter-Defendant. | |

PROOF OF SERVICE  Case No.: 13-cv-01418-SC

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041.

On the date set forth below, I served a copy of the foregoing **Declaration of Sean S. Wikner In Support of Fitbit, Inc.'s Administrative Motion To File Under Seal Portions of Its Motion For Summary Judgment and Certain Declarations and Exhibits Thereto**, on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

| | |
|---|---|
| Debra Bodian Bernstein<br>dbernstein@tarterkrinsky.com<br>TARTER KRINSKY & DROGIN LLP<br>1350 Broadway<br>New York, NY 10018 | Mark J. Rosenberg<br>mrosenberg@tarterkrinsky.com<br>TARTER KRINSKY & DROGIN LLP<br>1350 Broadway<br>New York, NY 10018 |

Simon J. Frankel
sfrankel@cov.com
COVINTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: November 7, 2014

_____
Sarah Victoria