ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant and Counter-Claimant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITBUG LIMITED, a United Kingdom Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>　　　　　　Defendant. | Case No. 13-cv-01418-SC<br><br>**DEFENDANT FITBIT, INC.'S OBJECTION TO PLAINTIFF'S NEW REPLY EVIDENCE AND, IN THE ALTERNATIVE, ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        December 12, 2014<br>Time:       10:00 am<br>Judge:      The Honorable Samuel Conti<br>Courtroom: 1, 17th Floor |
| FITBIT, INC., a Delaware Corporation,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>FITBUG LIMITED,  a United Kingdom Limited Liability Company,<br><br>　　　　　　Counter-Defendant. | |

Pursuant to Local Rule 7-3(d), Defendant Fitbit, Inc. objects to new evidence that Plaintiff Fitbug Limited has submitted with its reply in support of its motion for summary judgment (Dkt. Nos. 74–78).  Pursuant to Local Rule 7-11, Fitbit requests leave to file a Supplemental Brief responding to that new evidence.  A copy of Fitbit's proposed Supplemental Brief and the supporting declaration of Ciara N. Mittan are attached hereto as Exhibits 1 and 2 to the Declaration of Jedediah Wakefield in Support of Administrative Motion ("Wakefield Decl.").  Pursuant to Local Rule 7-11(a), Fitbit sought a stipulation from Plaintiff's counsel regarding the filing of this supplemental brief, but Plaintiff's counsel declined to stipulate.  *See* Wakefield Decl. ¶ 2.

"Where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-] movant an opportunity to respond."  *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (internal citation omitted) (district court erred in refusing to grant non-moving party opportunity to respond to new evidence presented in summary judgment reply); *see also Zamani v. Carnes*, 491 F.3d 990, 996 (9th Cir. 2007) (district court need not consider new arguments raised on reply); *Dytch v. Yoon*, 2011 WL 839421 (N.D. Cal. Mar. 7, 2011) (improper for moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers, and granting nonmoving party's motion to strike).  Here, Plaintiff attempts to introduce new assertions and a new declaration purporting to analyze plaintiff's alleged "actual confusion" evidence.  In particular, the declaration of Catherine M. Ferrara (Dkt. 78) purports to provide a quantitative and qualitative analysis of Plaintiff's supposed "confusion" evidence.  This declaration and the arguments citing it are untimely, and inappropriate in a reply brief.  Accordingly, Fitbit objects to this new evidence, and in the alternative seeks leave to submit its proposed supplemental response addressing the deficiencies in Plaintiff's new evidence.

Additionally, Plaintiff also asserts in its Reply—again, for the first time in connection with the pending motions—that the conduct supporting Fitbit's unclean hands defense ended before the lawsuit.  Defendant objects to this new assertion, and alternatively seeks to respond and submit contrary evidence showing the continuing nature of that conduct.

/ / /

| ADMIN MTN FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND OBJECTION TO REPLY EVIDENCE | 1 | CASE NO. 13-cv-01418-SC |
|---|---|---|

1   Under Local Rule 7-3(d), Fitbit objects to Plaintiff's new evidence and requests the Court
2   to disregard it.  Alternatively, should the Court choose to consider the new evidence, Fitbit
3   requests leave to file the attached supplemental brief and supporting declaration to respond to the
4   Plaintiff's new evidence.

Dated:   December 8, 2014           FENWICK & WEST LLP

                                    By:  /s/ *Jedediah Wakefield*
                                         Andrew P. Bridges
                                         Jedediah Wakefield
                                         Sean S. Wikner

                                    Attorneys for Defendant and Counter-Claimant
                                    FITBIT, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OBJECTION TO REPLY EVIDENCE AND
ADMIN MTN FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF                   2                    CASE NO. 13-cv-01418-SC