DURIE TANGRI LLP
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
TIMOTHY C. SAULSBURY (SBN 281434)
tsaulsbury@durietangri.com
MICHAEL A. FELDMAN (SBN 295780)
mfeldman@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

FENWICK & WEST LLP
ANDREW P. BRIDGES (SBN 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (SBN 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (SBN 268319)
swikner@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415-875-2300
Facsimile:    415-281-1350

Attorneys for Defendant and Counter-Claimant
FITBIT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITBUG LIMITED,<br><br>           Plaintiff and Counter-Defendant,<br><br>      v.<br><br>FITBIT, INC.,<br><br>           Defendant and Counter-Claimant. | Case No. 3:13-cv-01418-SC<br><br>**NOTICE OF APPEARANCE FOR CLEMENT S. ROBERTS ON BEHALF OF DEFENDANT AND COUNTER-CLAIMANT FITBIT, INC.**<br><br>Ctrm:    1 - 17th Floor<br>Judge:   Honorable Samuel Conti |

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this

3  Notice of Appearance for Clement S. Roberts in the above-referenced action as counsel for Defendant and

4  Counter-Claimant Fitbit, Inc. and hereby requests that all briefs, motions, orders, correspondence and

5  other papers be served as follows:

Clement S. Roberts<br>
DURIE TANGRI LLP<br>
217 Leidesdorff Street<br>
San Francisco, CA 94111<br>
Email: croberts@durietangri.com

Dated:  December 18, 2014                         DURIE TANGRI LLP

                                                  By:        */s/ Clement S. Roberts*
                                                          CLEMENT S. ROBERTS

                                                  Attorneys for Defendant and Counter-Claimant
                                                  FITBIT, INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who has consented to electronic notification is being served on December 18, 2014 with a copy of this document via the Court's CM/ECF system.

*/s/ Clement S. Roberts*
CLEMENT S. ROBERTS