IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FITBUG LIMITED,

    Plaintiff,

v.

FITBIT, INC.,

    Defendant.

Case No. 13-1418 SC

JUDGMENT

In accordance with the Court's Order on Motions for Summary Judgment, ECF No. 96, JUDGMENT in this action is hereby entered in favor of DEFENDANT Fitbit, Inc. and against PLAINTIFF Fitbug, Ltd. as to Fitbug's claims. JUDGMENT is entered in favor of COUNTER-DEFENDANT Fitbug and against COUNTER-CLAIMANT Fitbit as to Fitbit's fifth and sixth counterclaims for unfair competition and false advertising.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: January 26, 2015

                                             UNITED STATES DISTRICT JUDGE