1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEAN S. WIKNER (CSB No. 268319)
   swikner@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Defendant
   FITBIT, INC.

8
   *Additional counsel listed on signature page*
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  FITBUG LIMITED,  a United Kingdom Limited      Case No.: 13-cv-01418-SC
    Liability Company,
15
                    Plaintiff,                     **STIPULATION AND [PROPOSED]**
16                                                 **ORDER TO BIFURCATE FITBIT'S**
           v.                                      **MOTION FOR ATTORNEYS' FEES**
17
    FITBIT, INC., a Delaware Corporation,
18
                    Defendant.
19

20  FITBIT, INC., a Delaware Corporation,

21                  Counter-Claimant,

22         v.

23  FITBUG LIMITED,  a United Kingdom Limited
    Liability Company,
24
                    Counter-Defendant.
25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER TO           CASE NO. 13-cv-01418-SC
BIFURCATE

On January 26, 2015, the Court issued its Order on Motions for Summary Judgment (Dkt. No. 96), which disposed of each party's claims against the other. On the same day the Court entered Judgment (Dkt. No. 97).

Section 1117(a) of the Lanham Act provides that the Court may award fees and costs to the prevailing party in an exceptional case under that Act.[1] Defendant Fitbit intends to file a motion seeking an award of fees and costs. Plaintiff Fitbug Ltd. disputes that it is liable for attorneys' fees and costs under the Lanham Act.

Under Federal Rule of Civil Procedure 54(d)(2)(C), the court may "decide issues of liability for fees before receiving submissions on the value of services." In the interest of efficiency for the parties and judicial economy, the parties stipulate to, and ask the Court to approve, an order bifurcating Fitbit's motion for attorneys' fees so that the Court will separately consider (1) whether to award attorneys' fees and costs to Fitbit, and, if so, (2) the amount and reasonableness of the fees and other costs Fitbit seeks. Fitbug agrees to this stipulation on the condition that, in the motion concerning liability, Fitbit shall identify the approximate amount of fees and costs incurred through the date of this stipulation that it seeks (and will not seek more than this amount for its fees and costs incurred to the date of this stipulation in the event the Court rules Fitbit is entitled to recover reasonable attorneys' fees and costs). Fitbit agrees to this condition.

The parties further stipulate to, and ask the Court to approve, a briefing schedule on Fitbit's anticipated motion for attorneys' fees whereby Plaintiff Fitbug's opposition to Fitbit's motion shall be filed by April 6, 2015 and Fitbit's reply papers in further support of its motion shall be filed by April 20, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Fitbit's motion for award of attorneys' fees and costs is due by March 9, 2015 (Dkt. No. 102).

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**IT IS SO STIPULATED:**

Dated:  March 2, 2015.

TARTER KRINSKY & DROGIN LLP

By: */s/ Mark J. Rosenberg*
    Mark J. Rosenberg

MARK J. ROSENBERG
(admitted *pro hac vice*)
mrosenberg@tarterkrinsky.com
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Telephone: (212) 216-1127
Facsimile: (212) 216-8001

SIMON J. FRANKEL (CSB No. 171552)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Plaintiff and Counter-Defendant
FITBUG LIMITED

FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
    Jedediah Wakefield

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
TODD R. GREGORIAN (CSB No. 178058)
Tgregorian@fenwick.com
CIARA N. MITTAN
cmittan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:       415.875.2300
Facsimile:        415.281.1350

Attorneys for Defendant and Counter-Plaintiff
FITBIT, INC.

2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**[PROPOSED] ORDER**

2

**IT IS HEREBY ORDERED** that:

3      (a) Defendant Fitbit, Inc. shall file its motion for an award of attorneys' fees and costs by

4          March 9, 2015.  The motion shall address whether the Court should award attorneys' fees

5          and costs to Fitbit.  This motion shall identify the approximate total amount of fees and

6          costs sought for such fees and costs incurred through March 2, 2015, but it need not

7          address the reasonableness of fees or costs or provide supporting evidence of those fees

8          and costs.

9      (b) Plaintiff Fitbug's opposition to Fitbit's motion shall be filed by April 6, 2015 and Fitbit's

10         reply papers in further support of its motion shall be filed by April 20, 2015.

11     (c) If the Court grants Fitbit's motion, Fitbit shall have 14 days from the date of the order to

12         submit further briefing and declarations supporting the amount and reasonableness of the

13         fees and costs it seeks.

14

15

16

17     Dated:  _____        _____

18                                                    The Honorable Samuel Conti
                                                     United States District Judge

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## ATTESTATION REGARDING CONCURRENCE

2

3          I, Jedediah Wakefield, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER TO BIFURCATE FITBIT'S MOTION FOR

4

ATTORNEYS' FEES.  In compliance with Local Rule 5-1, I hereby attest that other counsel

5

whose e-signatures appear above have concurred with this filing.

6

7

Dated:    March 2, 2015                              _____

8                                                          */s/Jedediah Wakefield*
                                                           Jedediah Wakefield

9

10

11

12

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28