ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
SEAN S. WIKNER (CSB No. 268319)
swikner@fenwick.com
CIARA N. MITTAN (CSB No. 293308)
cmittan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant and Counter-Claimant
FITBIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FITBUG LIMITED, a United Kingdom Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>Defendant.<br><br>FITBIT, INC., a Delaware Corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>FITBUG LIMITED,  a United Kingdom Limited Liability Company,<br><br>Counter-Defendant. | Case No.: 13-cv-01418-SC<br><br>**DEFENDANT FITBIT, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS AND EXHIBITS**<br><br>Date:     May 15, 2015<br>Time:    10:00 am<br>Judge:   The Honorable Samuel Conti<br>Courtroom: 1, 17th Floor |

Pursuant to Civil Local Rules 7-11(a) and 79-5, Defendant Fitbit, Inc. ("Fitbit") hereby moves for administrative relief to file under seal the following documents:

- **PORTIONS OF FITBIT INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS;**
- **EXHIBITS 2-4 TO THE DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF FITBIT INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Fitbit requests leave to file under seal portions of its Motion for Attorneys' Fees and Costs and the aforementioned Exhibits, as these documents fall into two main categories: (1) documents containing Fitbit's non-public, highly confidential commercial information, specifically information relating to Fitbit's non-public sales information, financial information, market research and human resources information; (2) documents that Plaintiff Fitbug Limited has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY pursuant to the Stipulated Protective Order entered in this action (Dkt. No. 27). *See* Declaration of Sean S. Wikner in Support of Fitbit, Inc.'s Administrative Motion to File Under Seal Portions of its Motion for Attorneys' Fees and Costs and Exhibits ("Wikner Declaration"), at ¶¶ 2-7; *see also* Declaration of James Park in Support of Defendant Fitbit, Inc.'s Motion for Summary Judgment, Dkt. 46-6, at ¶ 59.

The public disclosure of Fitbit's non-public, highly confidential information would be harmful to Fitbit, as explained in the accompanying Wikner Declaration. Good cause therefore exists to seal these materials. *See* Fed. R. Civ. P. 26(c); *Sega Enters. v. Accolade, Inc.*, 977 F.2d 1510, 1532 (9th Cir. 1992) (Filing under seal is appropriate where good cause exists to limit disclosure of confidential information contained in the designated documents); *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002) (the court should consider the value of the information to the business or its competitors).

In addition, this Motion seeks to file under seal information that Plaintiff Fitbug has designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY under the Stipulated Protective Order (Dkt. No. 27), which requires Fitbit to seek to file such

material under seal.  Certain materials designated by Plaintiff as CONFIDENTIAL or HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY contain Fitbit's non-public, highly confidential information (*e.g.*, the Expert Report and Rebuttal Expert Report of David Haas).  Wikner Decl. ¶ 5.

      Concurrently herewith, Fitbit is publicly filing versions of its Motion for Attorneys' Fees and Costs that redact this confidential information.

Dated:   March 9, 2015                FENWICK & WEST LLP

                                          By: */s/ Jedediah Wakefield*
                                              Jedediah Wakefield

                                              Attorneys for Defendant and Counter-Claimant FITBIT, INC.