Simon J. Frankel (State Bar No. 171552)
sfrankel@cov.com
Kathryn E. Cahoy (State Bar No. 298777)
kcahoy@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Mark J. Rosenberg (admitted *pro hac vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Telephone: (212) 216-1127
Facsimile: (212) 216-8001

Attorneys for Plaintiff/Counter-Defendant
FITBUG LIMITED

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FITBUG LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>FITBIT, INC.,<br><br>    Defendant.<br><br>FITBIT, INC.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>FITBUG LIMITED,<br><br>    Counter-Defendant. | Case No.: 3:13-cv-01418-SC<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO APPROVE BOND FOR COSTS** |

1  **[PROPOSED] ORDER**

2  **IT IS HEREBY ORDERED** that:

3  1. Plaintiff Fitbug's bond attached as Exhibit 1 to Plaintiffs' Unopposed Administrative Motion To Approve Bond for Costs is approved.

5  2. Plaintiff Fitbug shall deposit, as surety for the approved bond, $63,660.94 with the Clerk of Court within 10 days of entry of this order.

Dated: 09/09/2015



[PROPOSED] ORDER GRANTING
PLAINTIFF'S UNOPPOSED
ADMINISTRATIVE MOTION TO
APPROVE BOND FOR COSTS

2

Case No.: 3:13-cv-01418-SC